(81 South. 854)

CITIZENS' LOAN & SAVINGS CO. v. ARWOOD. (6 Div. 544.)

(Court of Appeals of Alabama. May 13, 1919.)

1. CORPORATIONS ⊜⇒62 — STOCK — PREFERRED STOCK — STATUTORY PROVISION — "CAPITAL STOCK."

The purpose of Code 1907, § 3479, providing for the issue of preferred stock, but "in no case exceeding two-thirds of the capital stock paid for in cash or property," is to limit issue of preferred stock; the word "capital stock" meaning "common stock," and not preferred stock.

[Ed. Note.—For other definitions, see Words and Phrases, First and Second Series, Capital Stock.]

2. CORPORATIONS ⊜⇒88 — SUBSCRIBER TO STOCK — OVERISSUE — RECOVERY OF PRICE PAID.

A purchaser of preferred stock issued in a greater proportion of the common stock paid for in cash or property than was authorized by Code 1907, § 3479, can recover as for money had and received from the corporation on the ground of want of consideration for the money paid.

Appeal from Circuit Court, Jefferson County; H. A. Sharpe, Judge.

Action by H. B. Arwood against the Citizens' Loan & Savings Company. From a judgment for plaintiff, defendant appeals. Affirmed.

---

⊜⇒For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes

[1] Ante, p. 29.

Weatherly, Deedmeyer & Birch and J. T. Glover, all of Birmingham, for appellant.

Sterling A. Wood and Beddow & Oberdorfer, all of Birmingham, for appellee.

BRICKEN, J. [1] This case calls for a construction of section 3479 of the Code of 1907, the material parts of which on this inquiry are as follows:

"Any corporation * * * may issue preferred stock by a vote of two-thirds in value of the *capital stock* at a meeting called for that purpose, * * * the proceedings of the meeting must be reduced to writing, * * * and filed and recorded in the office of the secretary of state, *and thereafter preferred stock in no case exceeding two-thirds of the capital stock paid for in cash or property may be issued*," etc. (Italics supplied.)

The plain purpose and effect of the statute is to permit the issue of preferred stock only in the ratio of two shares of preferred stock to three of common stock paid for in cash or property, and any issue in excess of this ratio is unauthorized. Continental Varnish & Paint Co. v. Secretary of State, 128 Mich. 621, 87 N. W. 901; Heide v. Capital Securities Co., 76 South. 313.[1] The words "capital stock," as used in the phrase "in no case exceeding two-thirds of the capital stock paid for in cash," etc., obviously refers to "common stock," and not to preferred stock. The view here expressed makes it unnecessary to pass upon the motion made by appellee to affirm the cause because the question has become moot by reason of the bankruptcy of the appellant.

[2] The case was tried in the court below without a jury, and the trial court found that the stock purchased by appellee was part of an overissue; that is to say, the preferred stock purchased by appellee was issued in a greater proportion of the common stock paid for in cash or property than was authorized by the statute, and permitted a recovery for money had and received, doubtless on the theory that there had been no consideration passing from appellant to appellee for the money paid.

We are of the opinion that the trial court was correct, and its judgment is affirmed.

Affirmed.